IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,                          2:08-cv-2085-GEB-CMK-P

       Petitioner,

  vs.                                   <u>ORDER</u>

MICHAEL MARTEL,

       Respondent.

_____ /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for reconsideration (Doc. 19) of the court's January 26, 2009, order directing entry of final judgment.[1]

/ / /

/ / /

/ / /

---

[1] Judgment was entered the same day and petitioner's request for a certificate of appealability was denied. Petitioner's appeal has been processed to the Ninth Circuit Court of Appeals.

1

The court may grant reconsideration of a final judgment under Federal Rules of Civil Procedure 59(e) and 60.  Generally, a motion for reconsideration of a final judgment is appropriately brought under Federal Rule of Civil Procedure 59(e).  See Backlund v. Barnhart, 778 F.2d 1386, 1388 (9th Cir. 1985) (discussing reconsideration of summary judgment); see also Schroeder v. McDonald, 55 F.3d 454, 458-59 (9th Cir. 1995).  The motion must be filed no later than ten days after entry of the judgment.  See Fed. R. Civ. P. 59(e).  Under Rule 59(e), three grounds may justify reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or prevent manifest injustice. See Kern-Tulare Water Dist. v. City of Bakersfield, 634 F. Supp. 656, 665 (E.D. Cal. 1986), rev'd in part on other grounds, 828 F.2d 514 (9th Cir. 1987), cert. denied, 486 U.S. 1015 (1988); see also 389 Orange Street Partners v. Arnold, 179 F.3d 656, 665 (9th Cir. 1999); accord School Dist. No. 1J v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

Because an appeal has been filed and processed to the appellate court, this court no longer has jurisdiction.  For this reason, petitioner's motion is denied.

IT IS SO ORDERED.

Dated: March 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge